**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Michael Antonio JORDAN,**
**Defendant—Appellant.**

No. 07–30276.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 24, 2008.

Helen J. Brunner, Esquire, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, Gregory A. Gruber, Esquire, Kent Y. Liu, Esquire, USTA—Office of the U.S. Attorney, Tacoma, WA, for Plaintiff–Appellee.

Charles A. Johnston, Esquire, Felker, Lazares & Johnston, Tacoma, WA, for Defendant–Appellant.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

### MEMORANDUM **

Michael Antonio Jordan appeals from the 228–month sentence imposed following his guilty-plea conviction for kidnaping resulting in death, in violation of 18 U.S.C. §§ 2, 7(3), and 1201(a)(2).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Jordan's counsel has filed a brief stating there are no arguable grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.